403 A.2d 603

**ATLANTIC RICHFIELD COMPANY**

v.

**William J. LIEBEL, Appellant.**

Superior Court of Pennsylvania.

Argued March 20, 1979.

Decided May 11, 1979.

Martin J. Resnick, Philadelphia, for appellant.

Hugh O'Neill, Norristown, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

PER CURIAM:

Order vacated and case remanded to the court below for consideration in light of *Atlantic Richfield Co. v. Razumic*, 480 Pa. 366, 390 A.2d 736 (1978), and *Witmer et al. v. Exxon Corporation*, 260 Pa.Super. 537, 394 A.2d 1276 (1978).